IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| JENNIFER A. GREENLY<br>A/K/A JENNIFER A. GRACE AND<br>DEAN M. GREENLY, | : | |
| DEBTORS. | : | BANKRUPTCY NO. 11-15397-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Objection to Debtors' Claim of Exemptions filed by Christine C. Shubert on behalf of the chapter 7 trustee (the "Trustee") dated November 18, 2011 [Docket No. 32] (the "Objection"), the parties arguments at the February 21, 2012 hearing before this Court, the parties' post-hearing briefs, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. Mrs. Greenly's interest in future Payments made pursuant to the terms of the Settlement Agreement and Annuity constitute property of the Debtors' estate;

2. The Trustee's objection to Mrs. Greenly's claimed exemptions pursuant to 11 U.S.C. §§522(d)(10)(C), 522(d)(10)(E) & 522(d)(11)(E) in her interest in the $1,250 Monthly Payment made pursuant to the terms of the Settlement Agreement and Annuity is **DENIED**; and

3. The Trustee's objection to Mrs. Greenly's claimed exemptions pursuant to 11 U.S.C. §§522(d)(10)(C), 522(d)(10)(E) & 522(d)(11)(E) in her interest in the Distribution Payments made pursuant to the terms of the Settlement Agreement and Annuity is **GRANTED**.

4. The Debtors are ordered to turnover to the Trustee the January 1, 2012 Distribution Payment in the amount of $27,049 for the benefit of their bankruptcy estate.

DATED: OCTOBER 12, 2012

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE