UNITED STATES BANKRUPTCY COURT OF PENNSYLVANIA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 11-15397 MDC |
| JENNIFER A. GREENLY and, | : |
| DEAN M. GREENLY, | : CHAPTER 7 |
| | : |
| Debtors. | : |
| | : |

## PRAECIPE FOR DEBTORS TO RECEIVE DISCHARGE OF DEBT

The Debtors, Jennifer A. Greenly and Dean M. Greenly, by and through their counsel, Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP, request the Court to grant the Debtors their discharge under 11 U.S.C. § 727 of all dischargeable debts while the case remains open for the trustee to disburse funds to creditors.

Respectfully submitted,

NIKOLAUS & HOHENADEL, LLP

By: _____
Barry A. Solodky, Esquire
Court I.D. No. 19259
Attorneys for Defendant
212 North Queen Street
Lancaster, PA 17603
(717) 299-3726